IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15CR0012-RLV-DSC-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| BRANDON LAMAR ADAMS | ) | |
| | ) | |

This Cause comes before the Court on a Motion (Doc. 29), which request a copy of a motion that was withdrawn at the Defendant's sentencing hearing.

The Court has reviewed your case and finds no motion that was withdrawn at your sentencing hearing on November 16, 2015. Therefore, the Motion is DENIED and DISMISSED.

Signed: May 14, 2018

Richard L. Voorhees
United States District Judge